HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID HARSHAW, KY Bar # 86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
ADAM CAMPIGLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADAM CAMPIGLI, <br><br> Defendant. | Case No. 6:17-PO-00431-JDP <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE REVIEW HEARING <br><br> DATE: August 21, 2018 <br> TIME 10:00 a.m. <br> JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender David Harshaw, counsel for Adam Campigli, that the Court continue the August 21, 2018 hearing to October 2, 2018 at 10:00 a.m. This is to give the Defendant additional time to comply with the terms of his probation. The parties thus request that the Court continue Mr. Campigli's August 21, 2018 hearing to October 2, 2018 at 10:00 a.m.

DATED: August 17, 2018          Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ David Harshaw*
                                DAVID HARSHAW
                                Assistant Federal Defender

                                Attorneys for ADAM CAMPIGLI

| | | |
|---|---|---|
| DATED: August 17, 2018 | | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Susan St. Vincent*<br>SUSAN ST. VINCENT<br>Yosemite Legal Officer<br>Attorney for Plaintiff |

## ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the August 21, 2018, hearing for Adam Campigli, Case No. 6:17-PO-00431-JDP, is continued to October 2, 2018, at 10:00 a.m.


IT IS SO ORDERED.


Dated:   August 20, 2018                                    _____
                                                            UNITED STATES MAGISTRATE JUDGE