| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DAVID HARSHAW, KY Bar # 86435 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |

Attorneys for Defendant
ADAM CAMPIGLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-PO-00431-JDP |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE REVIEW HEARING |
| v. | |
| ADAM CAMPIGLI, | DATE: October 2, 2018 |
| | TIME 10:00 a.m. |
| Defendant. | JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender David Harshaw, counsel for Adam Campigli, that the Court continue the October 2, 2018 hearing to November 27, 2018 at 10:00 a.m. This is to give the Defendant additional time to comply with the terms of his probation. The parties thus request that the Court continue Mr. Campigli's August 21, 2018 hearing to October 2, 2018 at 10:00 a.m.

The parties further stipulate (a) that if Mr. Campigli has not completed the terms of his probation that he will need to appear on November 27, 2018, and (b) that if Mr. Campigli complies with those terms, he may request a waiver of his appearance.

DATED: September 26, 2018

-1-

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ David Harshaw*
DAVID HARSHAW
Assistant Federal Defender

Attorneys for ADAM CAMPIGLI

DATED: September 26, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff

## ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the October 2, 2018 hearing for Adam Campigli, Case No. 6:17-PO-00431-JDP, is continued to November 27, 2018 at 10:00 a.m. Further, if Mr. Campigli has not completed the terms of his probation that he will need to appear on November 27, 2018, and if Mr. Campigli complies with those terms, he may request a waiver of his appearance.

IT IS SO ORDERED.

Dated: September 27, 2018

UNITED STATES MAGISTRATE JUDGE