HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID HARSHAW, KY Bar # 86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
ADAM CAMPIGLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM CAMPIGLI,<br><br>Defendant. | Case No. 6:17-PO-00431-JDP<br><br>STIPULATION AND ORDER TO CONVERT COMMUNITY SERVICE TIME TO A FINE<br><br>DATE: November 27, 2018<br>TIME 10:00 a.m.<br>JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender David Harshaw, counsel for Adam Campigli, that the current condition of probation of 25 hours of community service be converted to a $250.00 fine. Mr. Campigli was on track to finish his community service by the review hearing date, but there has been an illness in his family.

DATED: November 21, 2018      Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ David Harshaw*
                                         DAVID HARSHAW
                                         Assistant Federal Defender

                                         Attorneys for ADAM CAMPIGLI

DATED: November 21, 2018          MCGREGOR W. SCOTT
                                  United States Attorney

                                  */s/ Susan St. Vincent*
                                  SUSAN ST. VINCENT
                                  Yosemite Legal Officer
                                  Attorney for Plaintiff


ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, in Case No. 6:17-PO-00431-JDP, Defendant Adam Campigli's 25 hours of community service is converted to a fine of $250.00.

IT IS SO ORDERED.


Dated:   November 21, 2018                    _____
                                              UNITED STATES MAGISTRATE JUDGE