HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ADAM E. CAMPIGLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-po-00431-MJS |
|---|---|
| Plaintiff, | ) **REQUEST FOR TELEPHONIC** |
| | ) **APPEARANCE AT REVIEW HEARING;** |
| vs. | ) **ORDER** |
| ADAM E. CAMPIGLI, | ) |
| | ) Date: January 15, 2019 |
| Defendant. | ) Time: 10:00 A.M. |
| | ) Judge: Hon. Jeremy D. Peterson |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Adam Campigli, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for the review hearing scheduled for January 15, 2019, and be allowed to appear telephonically. Defendant is scheduled for a review hearing to review his compliance with probation conditions under the Deferred Entry of Judgment agreement. Mr. Campigli has paid all fines imposed in his case. The review hearing was set to discuss the status of the deferred entry of judgment, since although Mr. Campigli has completed his obligations under the Deferred Entry of Judgment, he has not done so in the timeframe originally contemplated by his agreement. Based on the undersigned's conversations with the government, it is anticipated that the government will request that judgment be entered against Mr. Campigli.

Mr. Campigli reports that he would like to attend the hearing, but lives in Petaluma, California and is ill-equipped to make the drive to Yosemite. He reports that his vehicle is rear-wheel drive, low to the ground and thus cannot accept chains on the tires. As such, he does not feel comfortable driving to Yosemite and makes the instant request to appear by telephone. Mr. Campigli agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 13, 2019

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
ADAM E. CAMPIGLI

**O R D E R**

Good cause appearing, the above request for defendant's waiver of personal appearance and request to appear via telephone at the January 15, 2019 review hearing in case no. 6:17-po-00431-JDP, is hereby granted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   January 14, 2019

_____
UNITED STATES MAGISTRATE JUDGE